IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:02-CR-00110-F-1

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| REGINALD JONES, ) | |
| Defendant. ) | |

This matter is before the court on Reginald Jones's Motions to Correct Error in PSR [DE-50, -51]. In his motions, Jones states that his Presentence Report notes that he escaped from prison on April 17, 1980. Jones represents that he failed to return from work release, but he did not escape from prison.

In response to Jones's motions, the court directed Senior U.S. Probation Officer Mary K. Parker to look further into the 1980 escape. Parker has learned that incident reports related to the escape have been destroyed due to the age of the escape. Mary Goddard, an employee at the Massachusetts Correctional Institute in Concord, Massachusetts, confirmed through automated records that Jones's escape in April of 1980 was not from a secured prison facility, but it was from a pre-release house, which is akin to a halfway house. Jones's present Case Manager at FCI-Victorville, Heather Biagianti, has not responded to communications from Senior Probation Officer Parker; thus, it is unknown if this clarification will impact Jones's eligibility for work assignments and BOP facility assignments. Senior Probation Officer Parker will continue her efforts to communicate with Case Manager Biagianti.

Because the court has done all that it can at this time, Jones's Motions to Correct Error in PSR [DE-50, -51] are DENIED without prejudice to renew.

SO ORDERED.

This, the 18 day of July, 2016.

                                                  *James C. Fox*
                                           JAMES C. FOX
                                           Senior United States District Judge

2